JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO FRANCISCO PEDRAZA, | Case No. SA CV 11-0979-JVS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 19, 2012

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE